UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff

Case No. 05-60204
Hon. John Corbett O'Meara
Claim No. C105-01045

-v-

CHRISTOPHER J. TRUAX
    Defendant

-v-

BLUE WATER CHIROPRACTIC CLINIC
    Garnishee Defendant
_____/

### ORDER FINDING BLUE WATER CHIROPRACTIC CLINIC IN CONTEMPT

At a session of said Court, held in the City of Ann Arbor, Washtenaw County, Michigan, on April 27, 2006

PRESENT: <u>Hon. John Corbett O'Meara</u>
                 U.S. District Court Judge

This matter having come before the Court on the Petition of Plaintiff, United States of America, for an Order to Show Cause for the Garnishee Defendant's failure to comply with the Writ of Continuing Garnishment served upon it on December 20, 2006 pursuant to 28 USC 3205(6); and this Court having ordered that a representative of the Garnishee Defendant Blue Water Chiropractic Clinic appear at a hearing on Thursday, April 27, 2006 at 2:00 p.m. and Show Cause why, if any, it should not be held in contempt of this Court for failure to comply with the Writ of Continuing Garnishment; and no representative of Garnishee Defendant Blue Water Chiropractic Clinic having appeared at said hearing;

**IT IS ORDERED** that Garnishee Defendant **Blue Water Chiropractic Clinic** is hereby held to be in contempt of this Court for failure to comply with the Writ of Continuing Garnishment and for failure to comply with this Court's Order to Show Cause;

**IT IS FURTHER ORDERED** that Garnishee Defendant **Blue Water Chiropractic Clinic** shall return to Plaintiff a completed Answer of the Garnishee on or before May 26, 2006;

**IT IS FURTHER ORDERED** that should Garnishee Defendant **Blue Water Chiropractic Clinic** fail to comply with the terms of this Order on or before May 26, 2006, this Court shall set a hearing at which time this Court shall determine what sanctions it shall impose upon the Garnishee Defendant Blue Water Chiropractic Clinic.

s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge

Dated: May 12, 2006